# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Jackie L. Bowden and Richard I. Bowden a/k/a Richard Ivan Bowden<br><br>**Defendants**<br><br>JPMorgan Chase Bank, N.A.<br><br>**Party-In-Interest** | CIVIL ACTION NO: 1:21-cv-00214-LEW<br><br>JOINT STATUS REPORT<br><br>RE:<br>30 Phoenix Lane, Blue Hill, ME 04614<br><br>Mortgage:<br>September 18, 2005<br>Book 4300, Page 177 |

   **NOW COMES** the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through the undersigned counsel, and Defendant Richard I. Bowden a/k/a Richard Ivan Bowden, by and through their undersigned counsel, hereby submit this joint status update to inform the Court that on September 9, 2022, a Mediation was held. The Parties are still in the process of settlement negotiations and a second Mediation is required. The Parties will continue to comply with this Court's order to submit status reports every 45 days.

DATED:  September 9, 2022

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com


DATED: September 9, 2022

/s/John Z. Steed, Esq.
John Z Steed, Esq.

Attorney for Defendant
PO Box 386
Blue Hill, ME 04614

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 9th day of September, 2022 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

John Z Steed, Esq.
PO Box 386
Blue Hill, ME 04614

JP Morgan Chase Bank, N.A.
c/o CT Corporation System, 128 State Street, #3
Augusta, ME 04330