UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | **CIVIL ACTION NO: 1:21-cv-00214-LEW** |
| **Plaintiff** | **CONSENT MOTION TO AMEND SCHEDULING ORDER TO EXTEND DEADLINES** |
| vs. | **RE:** <br> **30 Phoenix Lane, Blue Hill, ME 04614** |
| **Jackie L. Bowden and Richard I. Bowden a/k/a Richard Ivan Bowden** | **Mortgage:** <br> **September 18, 2005** <br> **Book 4300, Page 177** |
| **Defendants** | |
| **JPMorgan Chase Bank, N.A.** | |
| **Party-In-Interest** | |

**NOW COMES** the Plaintiff in this matter, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through undersigned counsel, and hereby moves to amend the reset Scheduling Order deadlines issued on November 21, 2023, to extend the discovery deadline by 60 days. The parties have conferred and consent to this extension. As grounds therefore, Plaintiff states that additional time is needed for the completion of discovery. Counsel for Defendants, consents to the bringing and granting of this motion.

WHEREFORE, the Plaintiff requests that this Honorable Court amend the reset Scheduling Order deadlines issued on November 21, 2023, to extend the discovery deadline by 60 days.

DATED:  January 18, 2024

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C

Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 18th day of January, 2024 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

John Z Steed, Esq.
PO Box 386
Blue Hill, ME 04614


JP Morgan Chase Bank, N.A.
c/o CT Corporation System
128 State Street, #3
Augusta, ME 04330