# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Jackie L. Bowden and Richard I. Bowden a/k/a Richard Ivan Bowden<br><br>**Defendants**<br><br>JPMorgan Chase Bank, N.A.<br><br>**Party-In-Interest** | CIVIL ACTION NO: 1:21-cv-00214-LEW<br><br><br>RE:<br>30 Phoenix Lane, Blue Hill, ME 04614<br><br>Mortgage:<br>September 18, 2005<br>**Book 4300, Page 177** |

## DEFENDANTS' ADDITIONAL RECORD MATERIALS FOR SUMMARY JUDGMENT

The Defendants hereby submit the following record materials for the purposes of briefing Motions for Summary Judgment.

| Table of Contents | | |
|---|---|---|
| Exhibit Number | Exhibit Description | |
| D-1 | Declaration of Richard I. Bowden | |

**Dated: May 22, 2024**

Respectfully submitted,

/s/ John Z. Steed
John Z. Steed, Esq. Bar # 5399
Island Justice
P.O. Box 711
Stonington, Maine 04681
john@islandjusticelaw.com

(207) 200-7077

*Counsel for Defendants*