## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 1:21-cv-00214-LEW |
| Plaintiff | |
| vs. | RE: 30 Phoenix Lane, Blue Hill, ME 04614 |
| Jackie L. Bowden and Richard I. Bowden a/k/a Richard Ivan Bowden | Mortgage: September 18, 2005 Book 4300, Page 177 |
| Defendants | |
| JPMorgan Chase Bank, N.A. | |
| Party-In-Interest | |

## DECLARATION OF RICHARD I. BOWDEN

I, Richard I. Bowden, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct and based on my personal knowledge:

1. My name is Richard Ivan Bowden a/k/a Richard I. Bowden

2. I am over the age of 18.

3. Everything I am saying in this declaration, I am saying based upon my own personal knowledge.

4. I am the Richard Bowden who signed a certain promissory note dated September 16, 2005, related to a loan by Taylor, Bean, & Whitaker Mortgage Corporation to me for $125,000.00.

5. That promissory note was also secured by a mortgage.

6. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is suing me, and my wife Jackie, for foreclosure based on the mortgage that secured the $125,000.00 note from Taylor, Bean, & Whitaker Mortgage Corporation. The caption of that lawsuit appears above.

7. I used the $125,000.00 from Taylor, Bean, & Whitaker Mortgage Corporation to pay off the existing mortgage on the house and land at 30 Phoenix Lane in Blue Hill, Maine.

8. There was some money left over after the old mortgage was paid off. I used that money to pay for improvements to the house at 30 Phoenix Lane in Blue Hill, Maine, and for other personal expenses.

I declare under the penalty of perjury that the foregoing declaration is true and accurate and based upon my personal knowledge.

Dated: May 21, 2024					/s/ *Richard I. Bowden*

							Richard I. Bowden