## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>Plaintiff<br><br>vs.<br><br>Jackie L. Bowden and Richard I. Bowden a/k/a Richard Ivan Bowden<br><br>Defendant<br><br>JPMorgan Chase Bank, N.A.<br><br>Party-In-Interest | CIVIL ACTION NO: 1:21-cv-00214-LEW<br><br>RE:<br>30 Phoenix Lane, Blue Hill, ME 04614<br><br>Mortgage:<br>September 18, 2005<br>Book 4300, Page 177 |

### AFFIDAVIT OF MICHAEL J. PATERNO

I, Michael J. Paterno, hereby depose and state as follows:

1. I am a Senior Litigation Representative, at Fay Financial, LLC, and Fay Servicing LLC, the servicer for the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust.

2. Our records reflect the prior servicer completed the foreclosure case which ended in the 2012 Judgment of Foreclosure.

3. Prior to initiating that Foreclosure, Fay Servicing's business records reflect that the Defendant was sent the attached notice in compliance with the statute and the contract. *See* Exhibit A.

4. The Defendants were sent additional Notices prior to the initiation of this matter in 2021 and they included $205.92 previously categorized as late fees in the 2012 Judgment.

5. The $205.92 was included in the pay-off statement and the 2021 Demand/Notice as



principle as it had been moved to principle as a deferment (non-interest-bearing amount) by the prior servicer following the entry of the 2012 Judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 2024



Michael J. Paterno

**STATE OF TEXAS**

STATE OF TEXAS, ss.   Dated this 12th day of June, 2024

COUNTY OF DALLAS

On this 12th day of June, 2024, before me, the undersigned notary public personally appeared Michael J. Paterno, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.



Notary Public
My Commission Expires:

Irma C. Venegas
Commission # 13067066-5
Notary Public
STATE OF TEXAS
My Comm Exp. May 26, 2027

Notarial act performed by audio-visual communication



# SHAPIRO & MORLEY, LLC

ATTORNEYS AT LAW

Gerald M. Sh[apiro]
Admitted in Illinois &
Florida only
David S. Kreisman
Admitted in Illinois only
Leonard F. Morley, Jr.
Admitted in Maine,
New Hampshire and
Massachusetts
William B. Jordan
Admitted in Maine Only

FIRST CLASS MAIL
CERTIFICATE OF MAILING

October 19, 2010

Richard Bowden
30 Phoenix Lane
Blue Hill, ME 04614

    Re:     Notice of Default and Demand for Payment
             $125,000.00 Promissory Note and Mortgage dated September 16, 2005
             30 Phoenix Lane, Blue Hill, ME 04614

Dear Sir/Madam:

This office represents Ocwen Loan Servicing, LLC ("Holder"), the current holder of the following loan documents: (i) Promissory Note dated September 16, 2005 between Taylor, Bean and Whitetaker Mortgage Corp. as lender and Richard Bowden as borrower in the original principal amount of $125,000.00 (the "Note"), and (ii) Mortgage securing repayment of the Note given by Richard L. Bowden to Mortgage Electronic Registration Systems, Inc. as nominee for Taylor, Bean and Whitetaker Mortgage Corp. dated September 16, 2005 and recorded in the Hancock Registry of Deeds in Book 4300, Page 177 (the "Mortgage"). The Note and Mortgage are serviced by Ocwen Loan Servicing, LLC ("Servicer") which is authorized to act and accept payments on behalf of the Holder. The Note and Mortgage are collectively referred to herein as the "Loan Documents."

    Please be advised that you are in default in the terms of the Loan Documents. The reason for your default is the failure to make payments of principal and interest when due.

    The following amounts are past due and/or will be due as of November 1, 2010:

| | | |
|---|---|---|
| 10 Payments of $1,197.83 | $ | 11,978.30 |
| February 1, 2010 - November 1, 2010 | | |
| Late Charges | | 205.92 |
| Inspection Fees | | 21.00 |
| Escrow Advance | | 1,136.23 |
| Attorneys Fees/Costs | | 603.25 |
| Title Report Fees | | 300.00 |
| Bankruptcy Fees & Costs | | 775.00 |
| TOTAL | $ | 15,019.70 |

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE



EXHIBIT A

You have the right to cure this default by making full payment of all amounts that are due as set forth above within 35 days of your receipt of this letter. Said funds must be in the form of a **bank of certified check** made payable to **Ocwen Loan Servicing, LLC** and delivered to Shapiro & Morley, LLC, 75 Market Street, Suite 505, Portland, Maine 04101. If payment is not made, all sums due under the Loan Documents shall be deemed accelerated and immediately payable in full and the mortgage holder or another person or entity may acquire the subject property by means of foreclosure and sale. If you meet the conditions stated in the Mortgage, you will have the right to have the enforcement of the Mortgage discontinued and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration and foreclosure. Where Court supervised mediation is available, you may request mediation to explore options for avoiding foreclosure judgment. If the Loan Documents so provide, you may also have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the Loan Documents; 3) pay all of lender's reasonable expenses in enforcing the Loan Documents including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the Loan Documents, and your obligations under the Loan Documents remain unchanged.

You may have options other than foreclosure. You may discuss available options with the Holder or Servicer or a counselor approved by the United States Department of Housing and Urban Development ("HUD"), and you are encouraged to explore available options prior to the end of your right-to-cure period. If you are in need of financial advice, you may contact a HUD approved housing counseling agency. These agencies provide experienced home ownership counseling at no charge to you. For the agency in your area, call 1-800-569-4287. We have also attached a list including the name, address, telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers.

If you wish to modify the terms of the loan, you may discuss whether this option is available by contacting:

Ocwen Loss Mitigation:
Phone: 800-746-2936

If you have been previously discharged from personal liability for the obligations secured by the mortgage as a result of a bankruptcy proceeding, this letter is given to you not for the purpose of demanding payment, but to advise you of the consequences of non-payment, specifically the foreclosure of the mortgage.

## NOTICE OF IMPORTANT RIGHTS

THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The name of the creditor to whom the debt is owed is Ocwen Loan Servicing, LLC.

The amount of the debt owed to the creditor as of November 1, 2010 is $15,019.70*. *This figure does not include attorneys fees/costs and other items for which you may be responsible under the loan documents. Please contact this office for a reinstatement or payoff quote if needed.

The name of the original creditor is Taylor, Bean and Whitetaker Mortgage Corp.

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN 7 DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

UNLESS YOU NOTIFY US THAT YOU DISPUTE ANY PORTION OF THIS DEBT WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, THE DEBT WILL BE ASSUMED VALID. IF YOU NOTIFY US WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT AND WILL MAIL YOU A COPY OF THE VERIFICATION.

UPON WRITTEN REQUEST WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF IT IS DIFFERENT FROM THE CURRENT CREDITOR. NOTWITHSTANDING ANY OF THE PROVISIONS OF THIS IMPORTANT NOTICE OF YOUR RIGHTS, WE RESERVE THE RIGHT TO BRING A LAWSUIT AGAINST YOU WITHIN THE 35-DAY PERIOD.

If you have any questions concerning the above, please contact me at the above address.

Very truly yours,

**SHAPIRO & MORLEY, LLC**

/s/ Tracy L. Wakefield

for Leonard F. Morley, Jr., Esq.
Attorney for Ocwen Loan Servicing, LLC

cc: Ocwen Loan Servicing, LLC

10-012501

This listing is current as of **10/19/2010**.

# Agencies located in MAINE

|  |  |
|---|---|
| **Agency Name:** | COMMUNITY CONCEPTS, INC. |
| **Phone:** | 207-743-7716 |
| **Toll Free:** | 800-866-5588 |
| **Fax:** | 207-743-6513 |
| **Email:** | rknott@community-concepts.org |
| **Address:** | 79 Main Street<br>Auburn, Maine 04210 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops for Homeowners<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling |
| **Languages:** | - English<br>- French |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.community-concepts.org |

|  |  |
|---|---|
| **Agency Name:** | MONEY MANAGEMENT INTERNATIONAL AUBURN ME |
| **Phone:** | 800-873-2227 |
| **Toll Free:** | 800-873-2227 |
| **Fax:** | 207-784-7320 |
| **Email:** | brain.coyle@moneymanagement.org |
| **Address:** | 250 Center Street Suite 205<br>Auburn, Maine 04210 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops for Homeowners<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling |
| **Languages:** | - English |
| **Affiliation:** | MONEY MANAGEMENT INTERNATIONAL INC. |
| **Website:** | http://www.moneymanagement.org |

|  |  |
|---|---|
| **Agency Name:** | MAINE STATE HOUSING AUTHORITY |
| **Phone:** | 207-626-4670 |
| **Toll Free:** | 800-452-4668 |
| **Fax:** | 207-626-4678 |
| **Email:** | dkjohnson@mainehousing.org |
| **Address:** | 353 Water Street<br>Augusta, Maine 04330 |
| **Counseling Services:** | - Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** |  |
| **Website:** | www.mainehousing.org |

|  |  |
|---|---|
| **Agency Name:** | MAINE STATE HOUSING AUTHORITY |
| **Phone:** | 207-626-4676 |
| **Toll Free:** | 800-452-4668 |
| **Fax:** | 207-626-4678 |
| **Email:** | dkjohnson@mainehousing.org |
| **Address:** | 353 WATER STREET<br>AUGUSTA, Maine 04330 |
| **Counseling Services:** | - Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | MAINE STATE HOUSING AUTHORITY |
| **Website:** | http://www.mainehousing.org |

|  |  |
|---|---|
| **Agency Name:** | MONEY MANAGEMENT INTERNATIONAL BANGOR |
| **Phone:** | 800-873-2227 |
| **Toll Free:** | 800-308-2227 |
| **Fax:** |  |
| **Email:** | justin.dobson@moneymanagement.org |

BOWDEN 000307

**Address:** 175 Exchange St.
Bangor, Maine 04401
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** www.moneymanagement.org

---

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** dward@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
Bangor, Maine 04402-1162
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.penquis.org

---

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-230
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** catherine.mcconnell@maine.gov
**Address:** 34 Wing Farm Parkway
Bath, Maine 04530
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:**
**Website:** www.midcoastmainecommunityaction.org

---

**Agency Name:** CCCS OF MAINE, A DIVISION OF MMI
**Phone:** 800-873-2227
**Toll Free:** 800-308-2227
**Fax:** 207-284-5744
**Email:** lori.johnson@moneymanagement.org
**Address:** office is closed
Biddeford, Maine 04005
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org

---

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161
**Toll Free:**
**Fax:**
**Email:** jona@tedfordhousing.org
**Address:**
14 Middle Street

Brunswick, Maine 04011
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:**
**Website:** http://www.tedfordhousing.org

---

**Agency Name:** WASHINGTON HANCOCK COMMUNITY ACTION
**Phone:** 207-546-7544-3320
**Toll Free:**
**Fax:** 207-546-3216
**Email:** mboylan@whcacap.org
**Address:** PO Box 280
Milbridge, Maine 04658
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** n/a

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6546
**Toll Free:**
**Fax:** 207-866-6553
**Email:** kwelch@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
Orono, Maine 04473
**Counseling Services:** - Financial Management/Budget Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** fourdirectionsmaine.org

---

**Agency Name:** PEOPLES REGIONAL OPPORTUNITY PROGRAM
**Phone:** 207-553-5931
**Toll Free:**
**Fax:** 207-874-1155
**Email:** mgeoffroy@propeople.org
**Address:** 510 Cumberland Avenue
Portland, Maine 04101
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- French
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.propeople.org

---

**Agency Name:** PORTLAND ADULT EDUCATION
**Phone:** 207-874-8155
**Toll Free:**
**Fax:**
**Email:** woodr@portlandschools.org
**Address:** 57 Douglas St.
Portland, Maine 04102
**Counseling Services:** - Pre-purchase Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://n/a

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-768-3023
**Toll Free:**
**Fax:** 207-768-3021
**Email:** jheron@acap-me.org
**Address:** 771 Main St
PO Box 1116
Presque Isle, Maine 04769
**Counseling Services:**
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.ACAP.org

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762-2960
**Toll Free:**
**Fax:** 207-490-5025
**Email:** chrisl@yccac.org
**Address:** 6 Spruce Street
PO Box 72
Sanford, Maine 04073
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:**
- English
- French

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND
**Phone:** 800-873-2227
**Toll Free:** 866-889-9347
**Fax:** 207-773-1824
**Email:**
**Address:** 111 Wescott Road
South Portland, Maine 04106
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:** - English
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org

---

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1637-1637
**Toll Free:**
**Fax:** 207-873-3812
**Email:** kimm@kvcap.org
**Address:** 97 Water Street
Waterville, Maine 04901
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops for Homeowners
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://n/a

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-882-7552-126

```
            Toll Free: 877-340-2649
                  Fax: 207-882-6365
                Email: dianes@ceimaine.org
              Address: 41 Water Street
                       PO Box 268
                       Wiscasset, Maine 04578-0268
  Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                       - Financial Management/Budget Counseling
                       - Home Improvement and Rehabilitation Counseling
                       - Mortgage Delinquency and Default Resolution Counseling
                       - Non-Delinquency Post Purchase Workshops for Homeowners
                       - Pre-purchase Counseling
                       - Pre-purchase Homebuyer Education Workshops
                       - Predatory Lending Education Workshops
                       - Rental Housing Counseling
                       - Services for Homeless Counseling
            Languages: - English
          Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
              Website: http://www.ceimaine.org
```

```
          Agency Name: SUSTAINABLE ECONOMIC SOLUTIONS
                Phone: 207-749-3846
            Toll Free:
                  Fax: 207-846-9399
                Email: KMcLaughlin@SES-Maine.org
              Address: 43 Marina Road
                       Yarmouth, Maine 04096
  Counseling Services: - Mortgage Delinquency and Default Resolution Counseling
            Languages: - English
          Affiliation: MAINE STATE HOUSING AUTHORITY
              Website: n/a
```